IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24–19–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| SCOTT GILBERT APGAR, | |
| Defendant. | |

Before the Court is United States Magistrate Judge Kathleen L. DeSoto's

Findings & Recommendation Concerning Plea.  (Doc. 34.)  Because neither party

objected, they are not entitled to *de novo* review.  28 U.S.C. § 636(b)(1); *United*

*States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).  Therefore, the Court

reviews the Findings and Recommendation for clear error.  *McDonnell Douglas*

*Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).  Clear

error exists if the Court is left with a "definite and firm conviction that a mistake

has been committed."  *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Defendant Scott Gilbert Apgar is charged with one count of possession with

intent to distribute controlled substances, in violation of 21 U.S.C. § 841(a)(1)

(Count 1), as set forth in the Superseding Information.  (Doc. 25.)  Judge DeSoto

recommends that this Court accept Apgar's guilty plea as to Count 1 after Apgar

1

appeared before her pursuant to Federal Rule of Criminal Procedure 11.  The Court

finds no clear error in Judge DeSoto's Findings and Recommendation and adopts

them in full, including the recommendation to defer acceptance of the Plea

Agreement until sentencing when the Court will have reviewed the Plea

Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Judge DeSoto's Findings and

Recommendation (Doc. 34) is ADOPTED in full.

IT IS FURTHER ORDERED that Apgar's motion to change plea (Doc. 27)

is GRANTED.

IT IS FURTHER ORDERED that Apgar is adjudged guilty as charged in

Count 1 of the Superseding Information.

DATED this 26th day of June, 2024.

Dana L. Christensen, District Judge
United States District Court